

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 429TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 4th day of December, 2014, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| RANDALL W. MOIR, Appellant | On Appeal from the 429th Judicial District Court, Collin County, Texas |
| No. 05-14-00899-CV          V. | Trial Court Cause No. 429-04102-2013. Opinion delivered by Justice Fillmore, |
| JP MORGAN CHASE NA, Appellee | Justices FitzGerald and Stoddart participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee JP MORGAN CHASE NA recover its costs of this appeal from appellant RANDALL W. MOIR.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 22nd day of April, 2015.

_____
LISA MATZ, Clerk